IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

| | |
|---|---|
| SUDESH SHARMA,<br><br>Plaintiff,<br><br>v.<br><br>USCIS, et al..,<br><br>Defendants. | Civil Action No. GLR-26-1652 |

**JOINT STIPULATION OF VOLUNTARY DISMISSAL**

Pursuant to FED. R. CIV. P. 41(a)(1)(A)(ii), the parties, hereby stipulate that the above-captioned action is voluntarily dismissed, against the above-captioned Defendants. Each party to this action shall bear its own costs, expenses and attorney's fees.

**"APPROVED"**

Dated: August 25, 2026

/s/
GEORGE L. RUSSELL, III
United States Chief District Judge